UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

AMERICAN HOME
ASSURANCE COMPANY,
    Petitioner

v.

CIVIL ACTION
NO.: 04 11382 EFH

AGM MARINE CONTRACTORS, INC.
    Respondent

MAGISTRATE JUDGE Alexander

RECEIPT #
AMOUNT $ 150
SUMMONS ISSUED Yes
LOCAL RULE 4.1
WAIVER FORM
MCF ISSUED
BY DPTY. CLK.
DATE

## PETITION FOR DECLARATORY JUDGMENT

NOW COMES the Petitioner, American Home Assurance Company, in the above-entitled action, by and through its undersigned attorneys, Holbrook & Murphy, and respectfully petitions this Honorable Court as follows:

FIRST

This is a case of admiralty and maritime jurisdiction, as hereinafter more fully appears within the meaning of Rules 9(h), 38(e) and 82 of the Federal Rules of Civil Procedure over which this Honorable Court has jurisdiction pursuant to Title 28 U.S.C. §1331 and Title 28 U.S.C. §1333.

SECOND

The Petitioner, American Home Assurance Company (hereinafter "American Home"), was and now is and at all pertinent times hereto, a corporation duly organized and existing by virtue of the laws of the State of New York, with a principal place of business at 70 Pine Street, New York, New York, 10270, and is licensed to, and does business within the Commonwealth of Massachusetts.

1

THIRD

Upon information and belief, the Respondent, AGM Marine Contractors, Inc. (hereinafter "AGM" or "the Assured"), was and now is and at all pertinent times hereto, a corporation duly organized and existing by virtue of the laws of the Commonwealth of Massachusetts with a principal place of business at 30 Echo Road, Mashpee, Massachusetts.

FOURTH

The Respondent, AGM entered into a contract of marine insurance, Policy No. B2291, with the underwriter in Boston, Massachusetts, whereby the underwriter agreed to insure the Respondent pursuant to the policy's terms, conditions and limitations, against certain perils for the period January 1, 2003 to January 1, 2004, said policy being the subject matter of the claim which gives rise to this dispute. A copy of this policy is annexed hereto as Exhibit "A".

FIFTH

This is an action for a declaratory judgment in accordance with Title 28 U.S.C. §§2201-2201 to determine whether certain costs and expenses of, incidental to or arising out of, damage to a concrete float system installed by AGM falls within the coverage of the above policy. This is a case of actual controversy in that the Respondent has made claims against the said policy.

SIXTH

Jurisdiction for this action on a contract of marine insurance lies within the meaning of Rule 9(h) of the Federal Rules of Civil Procedure and 28 U.S.C. §1333.

SEVENTH

On or about December 9, 2003, representatives of the Town of Provincetown (hereinafter "the Town) contacted AGM with regard to damage sustained to a concrete float system installed by AGM. The Town alleges that AGM failed to install the floating dock system in accordance with the design specifications and that AGM is obligated to indemnify the Town for damage to the floating dock system in accordance with a contractual agreement between AGM and the Town.

EIGHTH

On or about March 30, 2004, American Home first received notice of the aforementioned claim, through the Assured's insurance broker, International Special Risks, Inc. International Special Risks, Inc. is an insurance broker with offices at Two 13th Street, Boston, Massachusetts.

NINTH

The Respondent has demanded that American Home provide coverage for the aforementioned loss and satisfy any claims against AGM up to the policy limits.

TENTH

The Petitioner has determined that the Respondent's claims under the above policy for damages to the aforementioned floating dock system are beyond coverage because, among other things, the policy does not cover loss or damage sustained to the Assured's work or the Assured's product.

ELEVENTH

On or about April 21, 2004, AI Marine Adjusters, Inc. acting as claims administrators on behalf of American Home wrote to the Assured denying coverage for the loss.

TWELFTH

The Petitioner contends that any loss, damage or charges incurred as a result of damage to the aforementioned floating dock system does not fall within the terms of the above cited policy in that:

a. The Respondent has failed to submit a claim within a named peril under the terms and conditions of the insurance policy;

b. The policy does not cover loss or damage to the Assured's Product, the aforementioned floating dock system.

c. The policy does not cover loss or damage to the Assured's Work, the aforementioned floating dock system.

d. Damages claimed arising out of contractual obligations to the Town and to third parties do not constitute "bodily injury," "property damage," or an "occurrence" under the policy and are therefore not covered.

e. The Respondent has failed to comply with and satisfy all the terms, conditions and warranties of the policy, and therefore is barred from recovery.

f. In violation of the policy's requirements, the Respondent has failed to provide timely notice of loss to American Home which has prejudiced American Home and therefore the Respondent is barred from recovery.

g.  The Petitioner specifically reserves, without limitation, the right to supplement any and all breaches of the terms, conditions or warranties of the policy which may be discovered as discovery progresses.

**WHEREFORE**, the Petitioner, American Home Assurance Company, prays:

1. That process in due form of law according to the practice of this Honorable Court in admiralty and maritime jurisdiction, may issue against the Respondent AGM Marine Contractors, Inc. citing it to appear and answer on oath all an singular the matter aforesaid; and

2. That this Honorable Court enter a declaratory judgment declaring that the Respondent's claims do not fall within the coverage of the subject policy but falls within the exceptions contained in policy of insurance No. B2291, and therefore, the Petitioner American Home Assurance Company is not responsible to the Respondent on such policy.

3. That the Petitioner American Home Assurance Company have such other and further relief as may seem just and proper.

AMERICAN HOME ASSURANCE COMPANY
By its attorneys,

Robert J. Murphy
HOLBROOK & MURPHY
150 Federal Street, 12th Floor
Boston, MA 02110
617-428-1151

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

1. TITLE OF CASE (NAME OF FIRST PARTY ON EACH SIDE ONLY) _American Marine Assurance Company vs A&M Marine Contractors, Inc._

2. CATEGORY IN WHICH THE CASE BELONGS BASED UPON THE NUMBERED NATURE OF SUIT CODE LISTED ON THE CIVIL COVER SHEET. (SEE LOCAL RULE 40.1(A)(1)).

   ___ I.   160, 410, 470, R.23, REGARDLESS OF NATURE OF SUIT.

   ✓ II.   195, 368, 400, 440, 441-444, 540, 550, 555, 625, 710, 720, 730, 740, 790, 791, 820*, 830*, 840*, 850, 890, 892-894, 895, 950.
          *Also complete AO 120 or AO 121 for patent, trademark or copyright cases

   ___ III.  110, 120, 130, 140, 151, 190, 210, 230, 240, 245, 290, 310, 315, 320, 330, 340, 345, 350, 355, 360, 362, 365, 370, 371, 380, 385, 450, 891.

   ___ IV.  220, 422, 423, 430, 460, 510, 530, 610, 620, 630, 640, 650, 660, 690, 810, 861-865, 870, 871, 875, 900.

   ___ V.   150, 152, 153.

3. TITLE AND NUMBER, IF ANY, OF RELATED CASES. (SEE LOCAL RULE 40.1(G)). IF MORE THAN ONE PRIOR RELATED CASE HAS BEEN FILED IN THIS DISTRICT PLEASE INDICATE THE TITLE AND NUMBER OF THE FIRST FILED CASE IN THIS COURT.

   _None_

4. HAS A PRIOR ACTION BETWEEN THE SAME PARTIES AND BASED ON THE SAME CLAIM EVER BEEN FILED IN THIS COURT?
   YES    (NO)

5. DOES THE COMPLAINT IN THIS CASE QUESTION THE CONSTITUTIONALITY OF AN ACT OF CONGRESS AFFECTING THE PUBLIC INTEREST? (SEE 28 USC §2403)
   YES    (NO)

   IF SO, IS THE U.S.A. OR AN OFFICER, AGENT OR EMPLOYEE OF THE U.S. A PARTY?
   YES    NO

6. IS THIS CASE REQUIRED TO BE HEARD AND DETERMINED BY A DISTRICT COURT OF THREE JUDGES PURSUANT TO TITLE 28 USC §2284?
   YES    (NO)

7. DO ALL OF THE PARTIES IN THIS ACTION, EXCLUDING GOVERNMENTAL AGENCIES OF THE UNITED STATES AND THE COMMONWEALTH OF MASSACHUSETTS ("GOVERNMENTAL AGENCIES"), RESIDING IN MASSACHUSETTS RESIDE IN THE SAME DIVISION? - (SEE LOCAL RULE 40.1(D)).
   (YES)    NO

   A. IF YES, IN WHICH DIVISION DO ALL OF THE NON-GOVERNMENTAL PARTIES RESIDE?
      (EASTERN DIVISION)    CENTRAL DIVISION    WESTERN DIVISION

   B. IF NO, IN WHICH DIVISION DO THE MAJORITY OF THE PLAINTIFFS OR THE ONLY PARTIES, EXCLUDING GOVERNMENTAL AGENCIES, RESIDING IN MASSACHUSETTS RESIDE?
      EASTERN DIVISION    CENTRAL DIVISION    WESTERN DIVISION

(PLEASE TYPE OR PRINT)
ATTORNEY'S NAME _Robert J. Murphy, Holbrook & Murphy_
ADDRESS _150 Federal St, Boston, MA 02110_
TELEPHONE NO. _617-428-1151_

(Cover sheet local.wpd - 11/27/00)

JS 44
(Rev. 12/96)

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

**I. (a) PLAINTIFFS** PETITIONER
AMERICAN HOME ASSURANCE COMPANY

**DEFENDANTS**
AGM MARINE CONTRACTORS, INC

**(b)** COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF _____
(EXCEPT IN U.S. PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT BARNSTABLE
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)
Holbrook + Murphy    617-428-1151
Robert Murphy
150 Federal St  Boston, MA 02110

ATTORNEYS (IF KNOWN)

**II. BASIS OF JURISDICTION** (PLACE AN "X" IN ONE BOX ONLY)

- ☐ 1 U.S. Government Plaintiff
- ☒ 3 Federal Question (U.S. Government Not a Party)
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** (PLACE AN "X" IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT)
(For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. ORIGIN** (PLACE AN "X" IN ONE BOX ONLY)

- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

**V. NATURE OF SUIT** (PLACE AN "X" IN ONE BOX ONLY)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury – Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | | ☐ 625 Drug Related Seizure of Property 21 USC 881 | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 365 Personal Injury – Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce/ICC Rates/etc. |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 330 Federal Employers' Liability | | ☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 340 Marine | **PERSONAL PROPERTY** | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 810 Selective Service |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 345 Marine Product Liability | ☐ 370 Other Fraud | ☐ 690 Other | | ☐ 850 Securities/Commodities/Exchange |
| ☐ 160 Stockholders' Suits | ☐ 350 Motor Vehicle | ☐ 371 Truth In Lending | **LABOR** | **SOCIAL SECURITY** | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 190 Other Contract | ☐ 355 Motor Vehicle Product Liability | ☐ 380 Other Personal Property Damage | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 891 Agricultural Acts |
| ☐ 195 Contract Product Liability | ☐ 360 Other Personal Injury | ☐ 385 Property Damage Product Liability | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 892 Economic Stabilization Act |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | | ☐ 863 DIWC/DIWW (405(g)) | ☐ 893 Environmental Matters |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act | ☐ 864 SSID Title XVI | ☐ 894 Energy Allocation Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | **HABEAS CORPUS:** | ☐ 740 Railway Labor Act | ☐ 865 RSI (405(g)) | ☐ 895 Freedom of Information Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations | ☐ 530 General | ☐ 790 Other Labor Litigation | **FEDERAL TAX SUITS** | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 240 Torts to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | ☐ 791 Empl. Ret. Inc. Security Act | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 950 Constitutionality of State Statutes |
| ☐ 245 Tort Product Liability | ☐ 440 Other Civil Rights | ☐ 540 Mandamus & Other | | ☐ 871 IRS – Third Party 26 USC 7609 | ☒ 890 Other Statutory Actions |
| ☐ 290 All Other Real Property | | ☐ 550 Civil Rights | | | |
| | | ☐ 555 Prison Condition | | | |

**VI. CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY.)

Declaratory Judgment of Marine Insurance Policy    28 USC 1331  28 USC 1332  28 USC 2201 et seq

**VII. REQUESTED IN COMPLAINT:** CHECK IF THIS IS A **CLASS ACTION** ☐ UNDER F.R.C.P. 23

DEMAND $ _____

CHECK YES only if demanded in complaint:
JURY DEMAND:  ☐ YES  ☐ NO

**VIII. RELATED CASE(S)** (See instructions): JUDGE _____  DOCKET NUMBER _____
IF ANY

DATE 6/17/04
SIGNATURE OF ATTORNEY OF RECORD [signature]

**FOR OFFICE USE ONLY**
RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____