JUNE 23, 2004

# *QUICKSERV*
## ALLSTATE PROCESS SERVERS

FILED
IN CLERKS OFFICE

2004 JUN 30 A 11: 24

U.S. DISTRICT COURT
DISTRICT OF MASS

## RETURN OF SERVICE

*I this day summoned the within named* AGM MARINE CONTRACTORS, INC.

*to appear as within directed by delivering to*  SUZANNE GEOFFRION, WIFE OF OWNER, AUTHORIZED TO ACCEPT, 9:25 AM

**X**  *in hand*

*No.*  30 ECHO ROAD
*in the*  MASHPEE  *District of said*  BARNSTABLE  *County an attested copy of the* SUMMONS AND PETITION FOR DECLARATORY JUDGMENT

| | | |
|---|---|---|
| *Service and travel* | 28 | *it being necessary I actually used a motor vehicle in the distance of 75 miles in the service of this process* |
| *Paid Witness* | | |

_____
Process Server