UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AMERICAN HOME ASSURANCE COMPANY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v.    ) | C.A. No. 04-11382-EFH |
| ) | |
| AGM MARINE CONTRACTORS, INC., ) | |
| ) | |
| Defendant.   ) | |

**DEFENDANT AGM MARINE CONTRACTORS, INC.'S ASSENTED-TO
MOTION TO ENLARGE TIME IN WHICH DEFENDANT
MAY ANSWER OR OTHERWISE RESPOND**

Pursuant to Federal Rule of Civil Procedure 6(b), Defendant AGM Marine Contractors, Inc., with the concurrence of Plaintiff American Home Assurance Company, hereby moves to enlarge the time in which it may answer or otherwise respond to Plaintiff's Complaint up to and including **July 30, 2004**. The requested extension of time will not result in the continuance of any hearing, conference, or trial.

Respectfully submitted,

**AGM MARINE CONTRACTORS, INC.,**

By its Attorneys,

   */s/ Jeremy Blackowicz*
Eric F. Eisenberg (BBO#544682)
Jeremy Blackowicz (BBO# 650945)
HINCKLEY, ALLEN & SNYDER LLP
28 State Street
Boston, MA 02109
Dated: July 7, 2003        Phone: (617) 345-9000

#492416 v1

*Assented-To:*

**AMERICAN HOME ASSURANCE COMPANY ,**

By its attorneys,

   */s/ Robert J. Murphy*   
Robert J. Murphy
HOLBROOK & MURPHY
150 Federal Street, 12th Floor
Boston, MA 02210
Phone: (617) 428-1151

## CERTIFICATE OF SERVICE

I, Jeremy Blackowicz, hereby certify that a copy of the foregoing document was served upon all counsel of record, by First Class Mail on this ____ day of July, 2004.

_____/s/_____