IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **AMERICAN HOME ASSURANCE COMPANY,** ) ) ) **Plaintiff,** ) ) v. ) ) **AGM MARINE CONTRACTORS, INC.,** ) ) ) **Defendant.** ) ) | CIVIL ACTION NO. 04-11382-EFH |

### AGM MARINE CONTRACTORS, INC.'S
### MOTION FOR PARTIAL SUMMARY JUDGMENT ON COVERAGE ISSUES

Defendant AGM Marine Contractors, Inc. ("AGM") hereby moves this Court for Partial Summary Judgment on Coverage Issues. In further support of this motion, AGM also submits a memorandum of Law and the Affidavit of John Mikutowicz (the "Mikutowicz Aff.").

This motion presents coverage questions under a Commercial Marine Liability insurance policy. Specifically, AGM moves for partial summary judgment on the issue of whether the terms of an insurance policy issued by the Plaintiff, American Home Assurance Company ("American") cover: (i) physical damage to and loss of use of certain concrete floating docks resulting from a storm; (ii) the costs incurred by AGM to prevent further insurable losses; and (iii) alleged noncompliance with contract specifications and warranties by the docks' manufacturer. The docks were installed by AGM and its subcontractor in the Town of Provincetown, Massachusetts and were damaged in a storm on December 6-7, 2003.

As is reflected in the clear and unambiguous language of the policy, AGM is entitled, as a matter of law, to recover damages suffered to its completed work that was performed by

subcontractors, as explicitly provided for in the policy. Furthermore, AGM is independently entitled to recover damages suffered under the products-completed operations hazard coverage. Accordingly, AGM is entitled to partial summary judgment on these coverage issues. Addressing a significant portion of the coverage issues at this stage of the litigation is an efficient use of the Court's and the parties' resources and will streamline the resolution of the remaining controversies. For the Court's convenience, a form of Proposed Order is attached to this Motion as Exhibit A.

Respectfully submitted,

**AGM MARINE CONTRACTORS, INC.**

By its attorneys,

Eric Eisenberg, Esq. (BBO #544682)
Jeremy Blackowicz, Esq. (BBO #650945)
Hinckley, Allen & Snyder LLP
28 State Street
Boston, MA 02109-1775
(617) 345-9000

DATED: April 22, 2005

### CERTIFICATE OF SERVICE

I hereby certify that on this 22nd day of April, 2005, I have served a true copy of the above document, via first-class mail, postage pre-paid, to the following counsel of record:

Robert Murphy, Esq.
Holbrook & Murphy
150 Federal Street
Boston, MA 02110

Jeremy Blackowicz

#525592                                                                 2