Renewal of: B1435                                                    No. B2291



# AMERICAN HOME ASSURANCE COMPANY

NEW YORK, NEW YORK    A CAPITAL STOCK COMPANY    FOUNDED 1853

AMERICAN INTERNATIONAL MARINE AGENCY OF NEW YORK, INC.

70 PINE STREET, NEW YORK, N. Y. 10270

Amount:   $1,000,000          Rate:   As per policy          Premium:   $37,305

## BY THIS POLICY OF INSURANCE

Does insure:   AGM Marine Contractors, Inc.

For account of:   THEMSELVES

Loss, if any, payable to:   ASSURED OR ORDER

To the amount of:   One Million AND 00/100 ---------------------           Dollars

From:   12:01 A.M., EST, January 1, 2003        To:   12:01 A.M., EST, January 1, 2004

On:   Commercial Marine Liability- As Attached

Subject to all of the terms, conditions and exclusions the form(s) attached hereto:
AIMA Commercial Marine Liability Form;
Pollution Limitation Endorsement (S&A, 72hrs/30 days);
Landing Dock Bailee Liability Endorsement;
Employee Benefits Liability Endorsement;
Action Over/Indemnity Buyback with Diving Exclusion Endorsement;
Terrorism Exclusion Endorsement.

Producer: International Special Risks – Boston, MA

THIS POLICY IS MADE AND ACCEPTED SUBJECT TO the conditions which are hereby specifically referred to and made part of this Policy, together with such other provisions, agreements or conditions as may be endorsed hereon or added hereto; and no officer, agent or other representative of this Company shall have power to waive or be deemed to have waived any provision or condition of this Policy unless such waiver, if any, shall be written upon or attached hereto, nor shall any privilege or permission affecting the insurance under this Policy exist or be claimed by the Assured unless so written or attached.

In Witness Whereof, the said AMERICAN HOME ASSURANCE COMPANY has caused this Policy to be signed by its President and Secretary, but it shall not be valid unless countersigned by a duly authorized representative of the Company.

_Elizabeth M. Tuck_                                                     _[signature]_
Secretary                                                                      President

Countersigned at Boston, MA            By: _Carole A. Peterson_
This 7th day of January 2003                      Authorized Representative
                                                 American International Marine Agency of Massachusetts, Inc.

INSURED'S COPY

# American International Marine Agency

## COMMERCIAL MARINE LIABILITY

### DECLARATIONS

POLICY NUMBER: B2291

NAMED ASSURED: AGM Marine Contractors, Inc.

MAILING ADDRESS: 30 Echo Road
Mashpee, MA 02649

POLICY PERIOD: From January 1, 2003 to January 1, 2004 at
12:01 A.M. Standard Time at the mailing address shown above

OF THE: AMERICAN HOME ASSURANCE COMPANY

Loss, if any, payable to Assured, or order.

IN CONSIDERATION OF THE PAYMENT OF THE PREMIUM, AND SUBJECT TO ALL THE TERMS OF THIS POLICY, THE COMPANY AGREES TO PROVIDE INSURANCE AS STATED HEREIN.

I. **LIMIT OF LIABILITY:**

   A. Limit each Occurrence including Supplementary Payments: $1,000,000, Combined Single Limit

   B. Products Hazard or Completed Operations Hazard or with respect to liability arising out of independent contractors Aggregate Limit: $1,000,000.

   C. Personal Injury and Advertising Injury Aggregate Limit: $1,000,000.

   D. Fire Damage Liability Limit: $50,000.   ANY ONE FIRE

   E. Premises Medical Payments Limit: $5,000.   ANY ONE PERSON

   F. General Aggregate Limit (Other Than Products-Completed Operations) $2,000,000, Combined Single Limit.

   **COMBINED SINGLE LIMIT:** It is understood and agreed that in the event of an occurrence involving more that one policy form, section, or endorsement the maximum limit of liability under this policy for any one occurrence shall not exceed $1,000,000.

II. **DEDUCTIBLE:** No claims shall be payable under this policy unless the aggregate liability for any one occurrence, including supplementary payments, exceeds the sum of $10,000 any one accident or occurrence, except $25,000 any one accident or occurrence as respect Pollution Claims and this sum shall be deducted from the amount payable hereunder for each occurrence.

   Medical Payments are not subject to the deductible.

# American International Marine Agency

III. **PREMIUM AND REPORTING:** It is understood and agreed that a deposit premium of $37,305 is payable upon attachment of this policy. The Assured, by acceptance of this policy, agrees to keep an accurate record of all " gross receipts" for operations covered under the terms and conditions of this policy, which record shall be open to examination by representatives of this Company at all times during business hours, during the term of this policy or thereafter, and further agrees to report to this Company on an **annual** basis. On or before thirty (30) days after the preceding 12 months the total amount thereof (collected or uncollected) for the preceding 12 months or such period as is within the term of this policy. (The earned premium hereunder to be computed thereon at the rate $0.55 per $100 of Gross Receipts up to $6,500,000 plus $0.38 per $100 of Gross Receipts in excess of $6,500,000 (the estimated annual "Gross Receipts" are $8,000,000.) and applied against the minimum earned and deposit premium until same is exhausted, following which all further earned premium shall be due any payable to this Company at time of filing the report on which the earned premium is due. This Company shall have the right of set off against the claims payable under this policy of any premium due hereunder. It is agreed that the annual minimum earned premium hereunder shall be $31,000.

IV. **LOCATIONS:** Property, facilities, and offices of the Assured(s) that are owned, rented, leased or occupied and are insured hereunder:

1. 30 Echo Road, Mashpee, MA 02649
2. Fish Island, New Bedford, MA
3. Bridge Street, South Dartmouth, MA

V. **COVERAGE TERRITORY:** This insurance applies only to Bodily Injury or Property Damage which occurs within the coverage territory.

VI. **CANCELLATION:** This policy may be canceled by the First Named Assured by mailing to the Company written notice when thereafter such cancellation shall be effective. This policy may be canceled by the Company by mailing to the First Named Assured at his last known address written notice stating when, not less than **thirty (30)** days thereafter, such cancellation shall be effective; except in event of non payment of premium, only **ten (10)** days notice in writing to the First Named Assured is required. Such notice sent to the First Named Assured in the care of the broker or agent who negotiated this policy shall have the same effect as if sent directly to the First Named Assured.

If cancellation is at the Assured's option, the Company will return a "short return premium"; if cancellation is at the Company's option, pro rata unearned premium will be returned as soon as practicable.

VII. **PARAMOUNT EXCLUSIONS:** The following exclusions shall be paramount and shall override anything contained in this policy inconsistent therewith:

   a. Asbestos Exclusion

   In consideration of the premium charged, it is agreed that this policy shall not apply to any liability for bodily injury or property damage, including loss of use thereof, arising out of the manufacturing, processing, handling, distribution, sale, application, removal or use of asbestos, or asbestos related product(s).

   b. Directors and Officers Exclusion

   It is understood and agreed that coverage afforded by this policy shall not apply to any director and/or officer of the Assured by reason of any wrongful act committed in their capacity as a director and/or officer of the Assured.

   It is further agreed that the term "wrongful act" shall be defined as, but not limited to, any breach of duty, neglect, error, misstatement, misleading statement, omission or other act actually done or attempted by a director and/or officer claimed against them solely by reason of their capacity as such.

---



# American International Marine Agency

c. <u>Employment-Related Practices Exclusion</u>

It is understood and agreed that this insurance shall not cover:

"Bodily Injury" arising out of any refusal to employ, termination or employment, coercion, demotion, evaluation, re-assignment, discipline, defamation, harassment, humiliation, discrimination or other employment-related practices, policies, acts or omissions or consequential "bodily injury" as a result of the above.

"Personal Injury" arising out of any refusal to employ, termination of employment, coercion, demotion, evaluation, re-assignment, discipline, defamation, harassment, humiliation, discrimination or other employment practices, policies, acts or omissions; or consequential "personal injury" as a result of the above.

This exclusion applies whether the Assured may be held liable as an employer or in any other capacity and to any obligation to share damages with or to repay someone else who must pay damages because of the injury.

d. <u>Fiduciary Liability Exclusion</u>

In consideration of the premium charged and notwithstanding anything therein to the contrary, it is hereby agreed that such coverage as is afforded by this policy shall not apply to any claim or claims arising out of fiduciary liability.

e. <u>Health Hazard Exclusion</u>

Notwithstanding anything to the contrary contained in this policy, no coverage is granted by this policy for any claim or expense (including but not limited to defense cost) arising out of the following exclusion.

1) <u>POLYCHLORINATED BIPHENYL (P.C.B.)</u>:- Bodily Injury or Personal Injury or loss of, damage to or loss of use of property directly or indirectly caused by Polychlorinated Biphenyl. The term PCB as used in this exclusion means Polychlorinated Biphenyl or any derivative thereof.

2) <u>SILICA</u>:- Bodily Injury or Personal Injury or loss of, damage to or loss of use of property directly or indirectly caused by Silica.

3) <u>LEAD</u>:- Bodily Injury or Personal Injury or loss of, damage to or loss of use of property directly or indirectly caused by lead and/or lead related compounds and/or lead derivatives.

It is further agreed that this policy shall not apply to any liability for Bodily Injury or Personal Injury and/or Property Damage made by or on behalf of any person or persons directly or indirectly on account of continuous, intermittent or repeated exposures to, ingestion, inhalation, or absorption of, any substances, materials, products, wastes or emissions, noise or environmental disturbance where the Assured is or may be liable for any reason including, but not limited to, as a result of the manufacture, production, extraction, sale, handling, utilization, distribution, disposal or creation by or on behalf of the Assured of such substances, materials, products, wastes or emissions, noise or environmental disturbance.

For the purpose of this clause, the term "Personal Injury" shall mean bodily injury or insult (including death at any time resulting therefrom), mental injury, mental anguish, shock, sickness, disease, disability, detention, humiliation or wrongful eviction.

f. <u>Occupational Disease Exclusion</u>

It is understood and agreed that this insurance shall not cover any liability, loss, damage or expense as regards personal injury (fatal or non fatal) resulting from occupational disease sustained by any employee of the Assured.

AGM Marine Contractors, Inc.  
Policy No: B2291

Page 3

Commercial Marine Liability  
January 1, 2003

3677 (10/00)

# American International Marine Agency

g. <u>Professional Liability / Errors or Omissions Exclusion</u>

In consideration of the premium charged, it is hereby agreed that this policy shall not apply to any claim or claims arising out of a breach of professional duty by reason of any negligent act, error or omission, malpractice or mistake of a professional nature committed or alleged to have been committed by or on behalf of the Assured in the conduct of any of the Assured's business activities. Professional services includes but is not limited to the preparation or approval of maps, plans, opinions, reports, surveys, designs or specifications and supervisory, inspection, engineering, or data processing services.

h. <u>Punitive Damage Exclusion</u>

It is understood and agreed that this insurance shall not cover any fines, penalties, punitive damages, treble damages or any other damages resulting from the multiplication of compensatory damages.

i. <u>Securities and Financial Interest Exclusion</u>

It is agreed that no coverage under this policy shall apply to any damages arising out of or by reason of,

1) The purchase, or sale, or offer of sale, or solicitation of any security, debt, bank deposit or financial interest or instrument; or

2) Any representation made at any time in relation to the price or value of any security, debt, bank deposit or financial interest or instrument; or

3) Any depreciation or decline in price or value of any security, debt, bank deposit or financial interest or instrument.

4) Any intentional or unintentional violation of any provision of Federal or State securities laws, including but not limited to the Securities and Exchange Act of 1934 or any amendments or additions thereto.

It is furthermore agreed that the Company has no obligation to defend or pay for the defense of any claim that may allege any of the foregoing.

j. <u>Absolute Pollution Exclusion</u>

It is hereby understood and agreed that such coverage as is afforded by this policy shall not apply to any claim arising out of the discharge, dispersal, release or escape of smoke, vapors, soot, fumes, acids, alkalis, toxic chemicals, liquids or gases, waste materials, oil or other petroleum substance or derivative (including any oil refuse or oil mixed wastes) or other irritants, contaminants or pollutants into or upon land, the atmosphere, or any watercourse or body of water.

k. <u>Radioactive Contamination Exclusion Clause 1/10/90</u>

THIS CLAUSE SHALL BE PARAMOUNT AND SHALL OVERRIDE ANYTHING CONTAINED IN THIS INSURANCE INCONSISTENT THEREWITH.

1. In no case shall this insurance cover loss damage liability or expense directly or indirectly caused by or contributed to by or arising from

    1.1 ionizing radiation from or contamination by radioactivity from any nuclear fuel or from any nuclear waste or from the combustion of nuclear fuel.

    1.2 the radioactive, toxic, explosive or other hazardous or contaminating properties of any nuclear installation, reactor or other nuclear assembly or nuclear component thereof.

---

| AGM Marine Contractors, Inc. | Page 4 | Commercial Marine Liability |
|---|---|---|
| Policy No: B2291 | | January 1, 2003 |

3677 (10/00)


# American International Marine Agency

1.3 any weapon of war employing atomic or nuclear fission and/or fusion or other like reaction or radioactive force or matter.

I. **Nuclear Energy Liability Exclusion (Broad Form)**

It is agreed that:

I. This policy does not apply:

  A. Under any Liability Coverage to bodily injury or property damage:

  (1) with respect to which an Assured under this policy is also an Assured under a Nuclear Energy Liability policy issued by Nuclear Energy Liability Insurance Association, Mutual Atomic Energy Liability Underwriters or Nuclear Insurance Association of Canada, or would be an assured under any such policy but for its termination upon exhaustion of its limit of liability; or

  (2) resulting from the hazardous properties of nuclear material and with respect to which (A) any person or organization is required to maintain financial protection pursuant to the Atomic Energy Act of 1954 or any law amendatory thereof, or (B) the Assured is, or had this policy not been issued would be, entitled to indemnity from the United States of America, or any agency thereof, under any agreement entered into by the United Stated of America, or any agency thereof, with any person or organization.

  B. Under any Medical Payments Coverage, or under any Supplementary Payments provision relating to first aid, to expenses incurred with respect to bodily injury resulting from the hazardous properties of nuclear material and arising out of the operation of a nuclear facility by any person or organization.

  C. Under any liability coverage to bodily injury or property damage resulting from the hazardous properties of nuclear material, if

  (1) The nuclear material (A) is at any nuclear facility owned by or operated by or on behalf of an Assured or (B) has been discharged or dispersed therefrom;

  (2) The nuclear material is contained in spent fuel or waste at any time possessed, handled, used, processed, stored, transported or disposed of by or behalf of an Assured; or

  (3) The bodily injury or property damage arises out of the furnishing by an Assured of services, materials, parts or equipment in connection with the planning, construction, maintenance, operation or use of any nuclear facility, but if such facility is located within the United States of America, its territories or possessions or Canada, this exclusion (3) applies only to property damage to such nuclear facility and any property thereat.

II. As used in this exclusion:

"Hazardous Properties" means radioactive, toxic or explosive properties;

"Nuclear Materials" means source material, special nuclear material or by-product material;

"Source Material", "Special Nuclear Material" and "By-Product Material" have the meanings given them in the Atomic Energy Act of 1954 or in any law amendatory thereof;

"Spent Fuel" means any fuel element or fuel component, solid or liquid, which has been used or exposed to radiation in a nuclear reactor;

"Waste" means any waste material (A) containing by-product material other than the tailings or waste produced by the extraction or concentration of uranium or thorium from any ore processed primarily for its source material

---

# American International Marine Agency

content, and (B) resulting from the operation by any person or organization of any nuclear facility included under the first two paragraphs of the definition of nuclear facility;

"Nuclear Facility" means

    (A)    any nuclear reactor,

    (B)    any equipment or device used for (1) separating the isotopes of uranium or plutonium, (2) processing or utilizing spent fuel, or (3) handling, processing or packaging waste,

    (C)    any equipment or device used for the processing, fabricating or alloying of special nuclear material if any time the total amount of such material in the custody of the Assured at the premises where such equipment or device is located consists of or contains more than 25 grams of plutonium or uranium 233 or any combination thereof, or more than 250 grams of uranium 235,

    (D)    any structure, basin, excavation, premises or place prepared or used for the storage or disposal or waste,

and includes the site on which any of the foregoing is located, all operations conducted on such site and all premises used for operations;

"Nuclear Reactor" means any apparatus designed or used to sustain nuclear fission in a self supporting chain reaction or to contain a critical mass of fissionable material;

"Property Damage" includes all forms or radioactive contamination of property.

    m.    Terrorism Exclusion: This policy excludes any loss, damage, liability or expense arising from:

        a) terrorism; and or
        b) steps taken to prevent, suppress, control or reduce the consequences of any actual, attempted, anticipated, threatened, suspected or perceived terrorism.

For the purpose of this clause, "terrorism" means any act(s) of any person(s) or organization(s) involving:

    (i) the causing, occasioning or threatening of harm of whatever nature and by whatever means;
    (ii) putting the public or any section of the public in fear,

in circumstances in which it is reasonable to conclude that the purpose(s) of the person(s) or organization(s) concerned are wholly or partly of a political, religious, ideological or similar nature.

VIII.    DECLARATIONS CLAUSE: By acceptance of this policy, the Named Assured agrees that the statements in the Declarations are his agreements and representations that this policy is issued in reliance upon the truth of such representations and that this policy embodies all agreements existing between himself and the Company or any of its agents relating to this insurance.



# American International Marine Agency

## COMMERCIAL MARINE LIABILITY COVERAGE FORM

### SECTION 1 - BODILY INJURY AND PROPERTY DAMAGE LIABILITY

Various provisions in this policy restrict coverage. Read the entire policy carefully to determine rights, duties and what is and is not covered.

Throughout this policy the words "Assured" and "the Assured's" refer to the Named Assured shown in the Declarations, and any other person or organization qualifying as a Named Assured under this policy. The words "the Company" and "the Company's" refer to the company providing this insurance.

The word "Assured" means any person or organization qualifying as such under SECTION 5 - WHO IS AN ASSURED.

Other words and phrases that appear in quotation marks have special meaning. Refer to SECTION 8 - DEFINITIONS.

1. INSURING AGREEMENT

    a.  The Company will pay those sums that the Assured becomes legally obligated to pay as damages because of "bodily injury" or "property damage" to which this insurance applies. The Company will have the right and duty to defend the Assured against any "suit" seeking those damages. However, the Company will have no duty to defend the Assured against any "suit" seeking damages for "bodily injury" or "property damage" to which this insurance does not apply. The Company may, at the Company's discretion, investigate any "occurrence" and settle any claim or "suit" that may result. But:

        (1) The amount the Company will pay for damages is limited as described in SECTION 6 - LIMITS OF INSURANCE; and

        (2) The Company's right and duty to defend end when the Company has used up the applicable limit of insurance in the payment of judgments and/or settlements and/or expenses under Sections 1, 2, 3 & 4.

    No other obligation or liability to pay sums or perform acts or services is covered.

    b.  This insurance applies to "bodily injury" and "property damage" only if:

        (1) The "bodily injury" or "property damage" is caused by an "occurrence" that takes place in the "coverage territory"; and

        (2) The "bodily injury" or "property damage" occurs during the policy period.

    c.  Damages because of "bodily injury" include damages claimed by any person or organization for care, loss of services or death resulting at any time from the "bodily injury".

2. EXCLUSIONS

    This insurance does not apply to:

    a.  Expected or Intended Injury

        "Bodily injury' or "property damage" expected or intended from the standpoint of the Assured. This exclusion does not apply to "bodily injury" resulting from the use of reasonable force to protect persons or property.

---

| AGM Marine Contractors, Inc. | Page 7 | Commercial Marine Liability |
| Policy No: B2291 | | January 1, 2003 |

b. <u>Contractual Liability</u>

"Bodily injury" or "property damage" for which the Assured is obligated to pay damages by reason of the assumption of liability in a contract or agreement. This exclusion does not apply to liability for damages:

(1) That the Assured would have in the absence of the contract or agreement; or

(2) Assumed in a contract or agreement that is an "Insured contract", provided:

   (a) the "bodily injury" or "property damage" occurs subsequent to the execution of the contract or agreement; and

   (b) Liability to such party for, or for the cost of, that party's defense has also been assumed in the same "Insured contract"; and

   (c) Such attorney fees and litigation expenses are for defense of that party against a civil or alternative dispute resolution proceeding in which damages to which this insurance applies are alleged.

c. <u>Liquor Liability</u>

"Bodily injury" or "property damage" for which any Assured may be held liable by reason of:

(1) Causing or contributing to the intoxication of any person;

(2) The furnishing of alcoholic beverages to a person under the legal drinking age or under the influence of alcohol; or

(3) Any statute, ordinance, or regulation relating to the sale, gift, distribution, or use of alcoholic beverages.

This exclusion applies only if the Assured is in the business of manufacturing, distributing, selling, serving or furnishing alcoholic beverages.

d. <u>Workers Compensation and Similar Laws</u>

Any obligation of the Assured under a workers compensation, disability benefits or unemployment compensation law or any similar law. This exclusion shall also apply to any liabilities, duties, or obligations of the insured owed to a crewmember or seaman under General Maritime Law.

e. <u>Employer's Liability</u>

"Bodily injury" to:

(1) An "employee" of the Assured arising out of and in the course of:

   (a) Employment by the Assured; or

   (b) Performing duties related to the conduct of the Assured's business; or

(2) The spouse, child, parent, brother, sister, relative, dependent, or estate of that "employee" as a consequence of paragraph (1) above.

This exclusion applies:

(1) Whether the Assured may be liable as an employer or in any other capacity; and

| AGM Marine Contractors, Inc. | Page 8 | Commercial Marine Liability |
|---|---|---|
| Policy No: B2291 | | January 1, 2003 |

i3677 (10/00)



# American International Marine Agency

(2) To any obligation to share damages with or repay someone else who must pay damages because of the injury.

f. <u>Aircraft, Auto or Watercraft</u>

"Bodily injury" or "property damage" arising out of the ownership, maintenance, use or entrustment to others of any aircraft, "auto" or watercraft owned or operated by or rented or loaned or chartered to any Assured. Use includes operation and "loading or unloading".

This exclusion does not apply to:

(1) Such watercraft while ashore on premises the Assured owns or rents;

(2) Such watercraft Assured does not own that is:

   (a) Less than 26 feet long; and

   (b) Not being used to carry persons or property for a charge;

(3) Parking an "auto" on, or on the ways next to, premises the Assured owns or rents, provided the "auto" is not owned by or rented or loaned to the Assured;

(4) "Bodily injury" or "property damage" arising out of the operation of any of the equipment listed in paragraph f.(2) or f.(3) of the definition of "mobile equipment".

g. <u>Mobile Equipment</u>

"Bodily injury" or "property damage" arising out of:

(1) The transportation of "mobile equipment" by an "auto" owned or operated by or rented or loaned to any Assured; or

(2) The use of "mobile equipment" in, or while in practice for, or while being prepared for, any prearranged racing, speed, demolition, or stunting activity.

h. <u>War</u>

"Bodily injury" or "property damage" due to war, whether or not declared, or any act or condition incident to war. War includes civil war, insurrection, rebellion or revolution. This exclusion applies only to liability assumed under a contract or agreement.

i. <u>Damage to Property</u>

"Property damage" to:
(1) Property the Assured owns, rents, or occupies;

(2) Premises the Assured sells, gives away or abandons, if the "property damage" arises out of any part of those premises;

(3) Property loaned to the Assured;

(4) Personal property in the care, custody or control of the Assured;

# American International Marine Agency

(5) That particular part of real property on which the Assured or any contractors or subcontractors working directly or indirectly on the Assured's behalf are performing operations, if the "property damage" arises out of those operations; or

(6) That particular part of any property that must be restored, repaired or replaced because "the Assured's work" was incorrectly performed on it.

Paragraph (2) of this exclusion does not apply if the premises are "the Assured's work" and were never occupied, rented or held for rental by the Assured.

Paragraphs (3), (4), (5) and (6) of this exclusion do not apply to liability assumed under a sidetrack agreement.

Paragraph (6) of this exclusion does not apply to "property damage" included in the "products-completed operations hazard".

j. **Damage to The Assured's Product**

"Property damage" to "the Assured's product" arising out of it or any part of it.

k. **Damage to The Assured's Work**

"Property damage" to "the Assured's work" arising out of it or any part of it and included in the "products-completed operations hazard".

This exclusion does not apply if the damaged work or the work out of which the damage arises was performed on the Assured's behalf by a subcontractor.

l. **Damage to Impaired Property or Property Not Physically Injured**

"Property damage" to "impaired property" or property that has not been physically injured, arising out of:

(1) A defect, deficiency, inadequacy or dangerous condition in "the Assured's product" or "the Assured's work"; or

(2) A delay or failure by the Assured or anyone acting on the Assured's behalf to perform a contract or agreement in accordance with its terms.

This exclusion does not apply to the loss of use of other property arising out of sudden and accidental physical injury to "the Assured's product" or "the Assured's work" after it has been put to its intended use.

m. **Recall of Products, Work or Impaired Property**

Damages claimed for any loss, cost or expense incurred by the Assured or others for the loss of use, withdrawal, recall, inspection, repair, replacement, adjustment, removal or disposal of:

(1) "the Assured's product";

(2) "the Assured's work"; or

(3) "Impaired property";

if such product, work, or property is withdrawn or recalled from the market or from use by any person or organization because of a known or suspected defect, deficiency, inadequacy or dangerous condition in it.



# American International Marine Agency

Exclusions c. through m. do not apply to damage by fire to premises while rented to the Assured or temporarily occupied by the Assured with permission of the owner. A separate sublimit of insurance applies to this SECTION 1 as described in SECTION 6 - LIMITS OF INSURANCE.

# American International Marine Agency

## SECTION 2 - PERSONAL AND ADVERTISING INJURY LIABILITY

Various provisions in this policy restrict coverage. Read the entire policy carefully to determine rights, duties and what is and is not covered.

Throughout this policy the words "Assured" and "the Assured's" refer to the Named Assured shown in the Declarations, and any other person or organization qualifying as a Named Assured under this policy. The words "the Company" and "the Company's" refer to the company providing this insurance.

The word "Assured" means any person or organization qualifying as such under SECTION 5 - WHO IS AN ASSURED.

Other words and phrases that appear in quotation marks have special meaning. Refer to SECTION 8 - DEFINITIONS.

1. INSURING AGREEMENT

    a. The Company will pay those sums that the Assured becomes legally obligated to pay as damages because of "personal injury" or "advertising injury" to which this insurance applies. The Company will have the right and duty to defend the Assured against any "suit" seeking those damages. However, the Company will have no duty to defend the Assured against any "suit" seeking damages for "personal injury" or "advertising injury" to which this insurance does not apply. The Company may, at the Company's discretion, investigate any "occurrence" or offense and settle any claim or "suit" that may result. But:

        (1) The amount the Company will pay for damages is limited as described in SECTION 6 - LIMITS OF INSURANCE; and

        (2) The Company's right and duty to defend end when the Company has used up the applicable limit of insurance in the payment of judgments and/or settlements and/or expenses under Sections 1, 2, 3 & 4.

    No other obligation or liability to pay sums or perform acts or services is covered.

    b. This insurance applies to:

        (1) "Personal injury" caused by an offense arising out of the Assured's business, excluding advertising, publishing, broadcasting or telecasting done by or for the Assured;

        (2) "Advertising injury" caused by an offense committed in the course of advertising the Assured's goods, products or services; but only if the offense was committed in the "coverage territory" during the policy period.

2. EXCLUSIONS

    This insurance does not apply to:

    a. "Personal injury" or "advertising injury":

        (1) Caused by or at the direction of the Assured with the knowledge that the act would violate the rights of another and would inflict "Personal injury" or "advertising injury";

        (2) Arising out of oral or written publication of material, if done by or at the direction of the Assured with knowledge of its falsity;

        (3) Arising out of oral or written publication of material whose first publication took place before the beginning of the policy period;

---

# American International Marine Agency

    (4) Arising out of the willful violation of a penal statute or ordinance committed by or with the consent of the Assured;

    (5) For which the Assured has assumed liability in a contract or agreement. This exclusion does not apply to liability for damages that the Assured would have in the absence of the contract or agreement; or

b.  "Advertising injury" arising out of:

    (1) Breach of contract, other than misappropriation of advertising ideas under an implied contract;

    (2) The failure of goods, products or services to conform with advertised quality or performance;

    (3) The wrong description of the price of goods, products or services; or

    (4) An offense committed by an Assured whose business is advertising, broadcasting, publishing or telecasting.

AGM Marine Contractors, Inc.  
Policy No: B2291

Page 13

Commercial Marine Liability  
January 1, 2003

3677 (10/00)


# American International Marine Agency

## SECTION 3 - MEDICAL PAYMENTS

Various provisions in this policy restrict coverage. Read the entire policy carefully to determine rights, duties and what is and is not covered.

Throughout this policy the words "Assured" and "the Assured's" refer to the Named Assured shown in the Declarations, and any other person or organization qualifying as a Named Assured under this policy. The words "the Company" and "the Company's" refer to the company providing this insurance.

The word "Assured" means any person or organization qualifying as such under SECTION 5 - WHO IS AN ASSURED.

Other words and phrases that appear in quotation marks have special meaning. Refer to SECTION 8 - DEFINITIONS.

1. INSURING AGREEMENT

   a. The Company will pay medical expenses as described below for "bodily injury" caused by an accident:

      (1) On premises the Assured owns or rents;

      (2) On ways next to premises the Assured owns or rents; or

      (3) Because of the Assured's operations;

      provided that:

      (1) The accident takes place in the "coverage territory" and during the policy period;

      (2) The expenses are incurred and reported to the Company within one year of the date of the accident; and

      (3) The injured person submits to examination, at the Company's expense, by physicians of the Company's choice as often as the Company reasonably require.

   b. The Company will make these payments regardless of fault. These payments will not exceed the applicable limit of insurance. The Company will pay reasonable expenses for:

      (1) First aid administered at the time of an accident;

      (2) Necessary medical, surgical, x-ray and dental services, including prosthetic devices; and

      (3) Necessary ambulance, hospital, professional nursing and funeral services.

2. EXCLUSIONS

   The Company will not pay expenses for "bodily injury":

   a. To any Assured.

   b. To a person hired to do work for or on behalf of any Assured or a tenant of any Assured.

   c. To a person injured on that part of premises the Assured owns or rents that the person normally occupies.

   d. To a person, whether or not an "employee" of any Assured, if benefits for the 'bodily injury" are payable or must be provided under a workers compensation or disability benefits law or a similar law.

e. To a person injured while taking part in athletics.

f. Included within the "products-completed operations hazard".

g. Excluded under SECTION 1.

h. Due to war, whether or not declared, or any act or condition incident to war. War includes civil war, insurrection, rebellion or revolution.

## SECTION 4 - SUPPLEMENTARY PAYMENTS SECTIONS 1 AND 2

The Company will pay, with respect to any claim the Company investigates or settles, or any "suit" against an Assured the Company defends:

1. All expenses the Company incurs, including but not limited to "defense costs".

2. Up to $250 for the cost of bail bonds required because of accidents or traffic law violations arising out of the use of any vehicle to which the Bodily Injury Liability Coverage applies. The Company does not have to furnish these bonds.

3. The cost of bonds to release attachments, but only for bond amounts within the applicable limit of insurance. The Company does not have to furnish these bonds.

4. All reasonable expenses incurred by the Assured at the Company's request to assist the Company in the investigation or defense of the claim or "suit", including actual loss of earnings up to $250 a day because of time off from work.

5. All costs taxed against the Assured in the "suit".

6. Prejudgment interest awarded against the Assured on that part of the judgment the Company pay. If the Company makes an offer to pay the applicable limit of insurance, the Company will not pay any prejudgment interest based on that period of time after the offer.

7. All interest on the full amount of any judgment that accrues after entry of the judgment and before the Company has paid, offered to pay, or deposited in court the part of the judgment that is within the applicable limit of insurance.

If the Company defends an Assured against a "suit" and an indemnitee of the Assured is also named as a party to the "suit", the Company will defend that indemnitee if all of the following conditions are met:

a. The "suit" against the indemnitee seeks damages for which the Assured has assumed the liability of the indemnitee in a contract or agreement that is an "insured contract";

b. This insurance applies to such liability assumed by the Assured;

c. The obligation to defend, or the cost of the defense of, that indemnitee, has also been assumed by the Assured in the same "insured contract";

d. The allegations in the "suit" and the information the Company know about the "occurrence" are such that no conflict appears to exist between the interests of the Assured and the interests of the indemnitee;

e. The indemnitee and the Assured ask the Company to conduct and control the defense of that indemnitee against such "suit" and agree that the Company can assign the same counsel to defend the Assured and the indemnitee; and

f. The indemnitee:

  (1) Agrees in writing to:

   (a) Cooperate with the Company in the investigation, settlement or defense of the "suit";

   (b) Immediately send the Company copies of any demands, notices, summonses or legal papers received in connection with the "suit";

   (c) Notify any other insurer whose coverage is available to the indemnitee; and

# American International Marine Agency

    (d) Cooperate with the Company with respect to coordinating other applicable insurance available to the indemnitee; and

(2) Provides the Company with written authorization to:

    (a) Obtain records and other information related to the "suit"; and

    (b) Conduct and control the defense of the indemnitee in such "suit".

So long as the above conditions are met, attorneys fees incurred by the Company in the defense of that indemnitee, necessary litigation expenses incurred by the Company and necessary litigation expenses incurred by the indemnitee at the Company's request will be paid as Supplementary Payments.

The Company's right and duty to defend end when the Company has used up the applicable limit of insurance in the payment of judgments and/or settlements and/or expenses under Sections 1, 2, 3 & 4.

No other obligation or liability to pay sums or perform acts or services is covered.

# American International Marine Agency

## SECTION 5 - WHO IS AN ASSURED

1. If the Named Assured is:

   a. An individual, then the individual and the individual's spouse are Assureds, but only with respect to the conduct of a business of which Assured is the sole owner.

   b. A partnership or joint venture, then the partnership or joint venture is an Assured. The Assured's members, the Assured's partners, and their spouses are also Assureds, but only with respect to the conduct of the Assured's business.

   c. A limited liability company, then the limited liability company is an Assured. The Assured's members are also Assureds, but only with respect to the conduct of the Assured's business. The Assured's managers are Assureds, but only with respect to their duties as the Assured's managers.

   d. An organization other than a partnership, joint venture or limited liability company, then the organization is an Assured. The Assured's "executive officers" and directors are Assureds, but only with respect to their duties as the Assured's officers or directors. The Assured's stockholders are also Assureds, but only with respect to their liability as stockholders.

2. Each of the following is also an Assured:

   a. The Assured's "employees", other than either the Assured's "executive officers" (if the Assured is an organization other than a partnership, joint venture or limited liability company) or the Assured's managers (if the Assured is a limited liability company), but only for acts within the scope of their employment by the Assured or while performing duties related to the conduct of the Assured's business. However, none of these "employees" is an Assured for:

      (1) "Bodily injury" or "personal injury":

         (a) To the Assured, to the Assured's partners or members (if the Assured is a partnership or joint venture), to the Assured's members (if the Assured is a limited liability company), or to a "co-employee" while that co-"employee" is either in the course of his or her employment or performing duties related to the conduct of the Assured's business;

         (b) To the spouse, child, parent, brother or sister of that co-"employee" as a consequence of paragraph (1)(a) above;

         (c) For which there is any obligation to share damages with or repay someone else who must pay damages because of the injury described in paragraphs (1)(a) or (b) above; or

         (d) Arising out of his or her providing or failing to provide professional health care services.

      (2) "Property damage" to property:

         (a) Owned, occupied or used by,

         (b) Rented to, in the care, custody or control of, or over which physical control is being exercised for any purpose by the Assured, any of the Assured's "employees", any partner or member (if the Assured is a partnership or joint venture), or any member (if the Assured is a limited liability company).

   b. Any person (other than the Assured's "employee"), or any organization while acting as the Assured's real estate manager.

---

| AGM Marine Contractors, Inc. | Page 18 | Commercial Marine Liability |
| Policy No: B2291 | | January 1, 2003 |

3677 (10/00)



# American International Marine Agency

   c.  Any person or organization having proper temporary custody of the Assured's property if the Assured dies, but only:

      (1) With respect to liability arising out of the maintenance or use of that property; and

      (2) Until the Assured's legal representative has been appointed.

   d.  The Assured's legal representative if Assured die, but only with respect to duties as such. That representative will have all the Assured's rights and duties under this Coverage Part.

3. With respect to "mobile equipment" registered in the Assured's name under any motor vehicle registration law, any person is an Assured while driving such equipment along a public highway with the Assured's permission. Any other person or organization responsible for the conduct of such person is also an Assured, but only with respect to liability arising out of the operation of the equipment, and only if no other insurance of any kind is available to that person or organization for this liability. However, no person or organization is an Assured with respect to:

   a.  "Bodily injury" to a co-"employee' of the person driving the equipment; or

   b.  "Property damage" to property owned by, rented to, in the charge of or occupied by the Assured or the employer of any person who is an Assured under this provision.

4. Any organization the Assured newly acquires or forms, other than a partnership, joint venture or limited liability company, and over which the Assured maintains ownership or majority interest, will qualify as a Named Assured if there is no other similar insurance available to that organization. However:

   a.  Coverage under this provision is afforded only until the 90th day after the Assured acquires or forms the organization or the end of the policy period, whichever is earlier;

   b.  SECTION 1 does not apply to "bodily injury" or "property damage" that occurred before the Assured acquired or formed the organization: and

   c.  SECTION 2 does not apply to "personal injury" or "advertising injury" arising out of an offense committed before the Assured acquired or formed the organization.

No person or organization is an Assured with respect to the conduct of any current or past partnership, joint venture or limited liability company that is not shown as a Named Assured in the Declarations.