

AI Marine Adjusters, Inc.

99 High Street, 29th Fl.
Boston MA 02110
Phone: (617) 457-2757
Fax:    (617) 457-6802
E-mail: Lorna.Rosquites@AIG.com

LORNA V. ROSQUITES
*Assistant Vice President, Regional Claims Manager*

April 21, 2004

Mr. John Mikutowicz
AGM Marine Contractors Inc.
30 Echo Road
Mashpee MA 02649

    RE:    Commercial Marine Liability Policy B 2291
             MacMillan Pier
             Provincetown, Massachusetts
             Date of Loss: On or about December 8, 2003
             Our Reference No. 0048826

Gentlemen:

      We write as claim administrators on behalf of American Home Assurance Company (American Home), your Commercial Marine Liability carrier for the period covering the referenced incident. On or about December 9, 2003, representatives of the Town of Provincetown (the Town) contacted your company with regard to damage sustained to a concrete float system installed by AGM Marine Contractors Inc. (AGM). The Town alleges that AGM "failed to install the floating dock system in accordance with the design specifications" and that AGM is obligated to indemnify the Town for damage to the floating dock system in accordance with a contractual agreement between AGM and the Town. Notice of the Town's claim was not provided to American Home until March 30, 2004.

      For reasons more fully discussed below, after careful review of the claim presented and the applicable policy, and following a reasonable investigation of the facts, we have determined that there is no coverage under the policy for the claim presented.

      In brief, the claim submitted is limited to damage sustained to the floating dock system itself. The policy issued to your company is a Commercial Marine Liability Policy. The policy does not act as a warranty of the marine contractor's work. Under the policy, the risk of replacing and repairing damage caused by defective materials or poor workmanship is a commercial risk which is not passed on to the liability insurer. Rather, liability coverage comes into play only when the assured's allegedly defective materials or work cause injury to property other than the assured's own work or product.

Commercial Marine Liability Policy B 2291
MacMillan Pier – Provincetown, MA
April 21, 2004
Page 2 of 5

      The policy specifically and unambiguously excludes coverage for claims made by property owners for damages to the assured's work or product, in this case the floating dock system. The policy specifically provides:

    2.    **EXCLUSIONS**

        This insurance does not apply to:

    j.    **Damage to The Assured's Product**

        "Property damage" to "the Assured's product" arising out of it or any part of it.

    k.    **Damage to the Assured's Work**

        "property damage" to "the Assured's work" arising out of it or any part of it and included in the "products-completed operations hazard".

The policy broadly defines "the Assured's product" as follows:

"The Assured's Product" means:

a.    Any goods or products, other than real property, manufactured, sold, handled, distributed or disposed of by...[t]he Assured.

"the Assured's product" includes:

(1)    Warranties or representations made at any time with respect to the fitness, quality, durability, performance or use of "the Assured's product" and,

(2)    The providing of or failure to provide warnings or instructions.

Similarly, the policy broadly defines "the Assured's work" as follows:

"The Assured's work" means:

a.    Work or operations performed by the Assured or on the Assured's behalf; and

b.    Materials, pads or equipment furnished in connection with such work or operations.

Commercial Marine Liability Policy B 2291
MacMillan Pier – Provincetown, MA
April 21, 2004
Page 4 of 5

It is our position that damages claimed by the Town arising out of its contractual obligations to third parties do not constitute "property damage" or an "occurrence" under this policy. The loss of anticipated profits and good will as well as other contractual damages represent economic losses rather than losses to tangible property, as required by the policy. Furthermore, damages arising out of contractual agreements between the Town and third parties would not constitute an "occurrence" under the policy. Such conduct, by its very nature, cannot be said to be accidental.

Additionally, we must raise the issue of late notice. Under Section 7, Commercial Marine Liability General Conditions the policy provides:

Duties In The Event Of Occurrence, Offense, Claim Or Suit

a.   Assured must see to it that the Company is notified as soon as practicable of an "occurrence" or an offense which may result in a claim....

b.   If a claim is made or "suit" is brought against any Assured the Assured must:
     ...notify the Company as soon as practicable.

Assured must see to it that the company receives written notice of the claim...as soon as practicable.

Here, notice was not provided to American Home until nearly four months after AGM was notified of the Town's claim. Had there been an obligation on American Home to defend or settle this claim (which is specifically denied) then this delay would have prejudiced its abilities to do so in a manner it saw fit, as is its right under the applicable policy. This delay represents a breach of the above policy conditions.

Additional issues other than those discussed herein may also be presented by this claim. However, because the issues discussed herein are dispositive in compelling the denial of the claim presented, any other issues also presented will not be addressed at this time. Of course, if a need to address additional issues arises in the future, American Home reserves the right to do so at that time.

In conclusion, we recognize that this is a complex matter and that despite our reasonable investigation we may not be aware of all fact or documentation at your disposal. Accordingly, if you disagree with any fact stated here or if you believe we are in need of additional facts, then please feel free to provide the additional facts or documentation to our attorneys in this matter, Holbrook & Murphy, 150 Federal Street,

Commercial Marine Liability Policy B 2291
MacMillan Pier – Provincetown, MA
April 21, 2004
Page 5 of 5


Boston, MA 02110. However, at this time, in the absence of such additional or different information, we must respectfully deny this claim.

Very truly yours,

AI MARINE ADJUSTERS, INC.

*[signature]*

Lorna V. Rosquites

Cc by email: Ansley Martin – International Special Risks Inc.
(amartin@isr-insurance.com)

: Bob Murphy – Holbrook & Murphy
(holbrook_murphy@msn.com)