UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* )
AMERICAN HOME ASSURANCE COMPANY, )
    Petitioner, )
                                            )     Civil Action No.:
v.                                           )     04-11382-EFH
                                             )
AGM MARINE CONTRACTORS, INC., )
    Respondent. )
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* )

**AMERICAN HOME ASSURANCE COMPANY'S MOTION TO ENLARGE
THE TIME TO FILE ITS OPPOSITION TO RESPONDENT'S
<u>MOTION FOR PARTIAL SUMMARY JUDGMENT</u>**

NOW COMES the Petitioner, American Home Assurance Company (hereinafter, "American Home") in the above captioned matter, by and through their undersigned attorneys and respectfully moves this Honorable Court to extend the time to oppose the Respondent's Motion for Partial Summary Judgment (and file a cross motion for summary judgment) up to and including May 27, 2005.

As grounds for this motion, the Petitioner states that additional time is required to properly prepare its submission. The Petitioner notes that the papers filed by the Respondent in their Motion for Partial Summary Judgment are extremely lengthy and the Petitioner requests additional time to analyze and respond to Respondent's submission. Furthermore, no trial date or pre-trial conference date has been assigned by the Court. A Status Conference is scheduled for June 29, 2005. The Petitioner respectfully asserts that this motion is in the interests of justice and not interposed for delay.

WHEREFORE, the Petitioner respectfully move this Honorable Court to extend the time to file motions under Fed. R. Civ. P. 56 up to and including May 27, 2005.

American Home Assurance Company,
By its attorney,

_____
Robert J. Murphy, BBO#. 557659
HOLBROOK & MURPHY
150 Federal Street, 12th Floor
Boston, MA 02110
(617) 428-1151

Local Rule Certificate

The undersigned hereby certifies that pursuant to the applicable Local Rules, prior to filing the within motion, the undersigned telephoned opposing counsel in an attempt to gain opposing counsel's assent to this motion. Opposing counsel has been unavailable for conference.

_____
Robert J. Murphy

**CERTIFICATE OF SERVICE**

I hereby certify th... ...copy of the above document was ... ...the attorney of record for each oth... ...by mail (by hand) on 5-17-05