UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
*********************************)
AMERICAN HOME ASSURANCE          )
COMPANY,                         )
              Petitioner         )
                                 )          CIVIL ACTION
                                 )          NO.: 04-11382-EFH
v.                               )
                                 )
AGM MARINE CONTRACTORS, INC.     )
              Respondent         )
*********************************
```

## PETITIONER AMERICAN HOME ASSURANCE COMPANY'S OPPOSITION TO THE RESPONDENT'S MOTION FOR PARTIAL SUMMARY JUDGMENT

NOW COMES the Petitioner, American Home Assurance Company, in the above captioned matter, by and through its undersigned attorney, Holbrook & Murphy, and respectfully opposes the Respondent's Motion for Partial Summary Judgment.

In support of its opposition, the Petitioner states that there are genuine issues of material fact which preclude granting the Respondent's Motion for Partial Summary Judgment (but not the Petitioner's Cross Motion for Summary Judgment) and that the Respondent is not entitled to judgment as a matter of law.

The Petitioner respectfully refers this Honorable Court to its Memorandum of Law which is filed herewith and incorporated by reference herein.

WHEREFORE, the Petitioner respectfully opposes the Respondent's Motion for Partial Summary Judgment and prays that this Honorable Court grant its Cross Motion for Summary Judgment.

AMERICAN HOME ASSURANCE
By its attorneys,

_____
Robert J. Murphy, BBO # 557659
HOLBROOK & MURPHY
150 Federal Street, 12th Floor
Boston, MA  02110
617.428.1151

CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by mail (by hand) on 6/3/05

_____