UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
*********************************)
AMERICAN HOME ASSURANCE          )
COMPANY,                         )
            Petitioner           )
                                 )         CIVIL ACTION
v.                               )         NO.: 04-11382-EFH
                                 )
AGM MARINE CONTRACTORS, INC.     )
            Respondent           )
*********************************
```

### PETITIONER AMERICAN HOME ASSURANCE COMPANY'S
### CROSS MOTION FOR SUMMARY JUDGMENT

NOW COMES the Petitioner, American Home Assurance Company, in the above captioned matter, by and through its undersigned attorney, Holbrook & Murphy, pursuant to Rule 56 of the Federal Rules of Civil Procedure and respectfully moves this Honorable Court for Summary Judgment in its favor on all Counts of its Petition for Declaratory Judgment.

More specifically, the Petitioner moves this Honorable Court to enter Declaratory Judgment declaring that the Respondent's claims do not fall within the coverage of the subject policy but falls within the exceptions contained in Policy of Insurance No. B2291 and therefore the Petitioner American Home Assurance Company is not responsible to the Respondent on such Policy.

In support of this Motion, the Petitioner, American Home Assurance Company states that there are no genuine issues of material fact precluding the granting of Summary Judgment on its behalf and the Petitioner is entitled to judgment as a matter of law.

The Petitioner respectfully refers to its Memorandum of Law together with Exhibits which are filed herewith and incorporated by reference herein.

WHEREFORE, the Petitioner moves this Honorable Court for summary judgment in its favor on all counts contained within its Petition for Declaratory Judgment.

AMERICAN HOME ASSURANCE
By its attorneys,

*/s/ Robert J. Murphy*
Robert J. Murphy, BBO # 557659
HOLBROOK & MURPHY
150 Federal Street, 12th Floor
Boston, MA 02110
617.428.1151

### CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by ~~mail~~ (by hand) on 6-3-05

*/s/ Robert J. Murphy*