## UNITED STATES DISTRICT COURT

## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AMERICAN HOME ASSURANCE COMPANY,<br>                    Plaintiff<br><br>          v.<br><br>AGM MARINE CONTRACTORS, INC.,<br>                    Defendant. | CIVIL ACTION NO.:<br>04-11382-EFH |

## SCHEDULING ORDER

June 29, 2005

HARRINGTON, S.D.J.

    A hearing on cross motions for summary judgment is scheduled for **Thursday, July 7, 2005**, at 11:00 A.M., in Courtroom No. 13 on the Fifth Floor.

    SO ORDERED.

                                                 /s/ Edward F. Harrington  
                                                 EDWARD F. HARRINGTON  
                                                 United States Senior District Judge