IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AMERICAN HOME ASSURANCE COMPANY, ) ) ) Plaintiff, ) ) v. ) ) AGM MARINE CONTRACTORS, INC., ) ) ) Defendant. ) ) | CIVIL ACTION NO. 04-11382-EFH |

### ASSENTED-TO MOTION TO RESCHEDULE HEARING ON DEFENDANT'S MOTION FOR PARTIAL SUMMARY JUDGMENT

NOW COMES AGM Marine Contractors, Inc. ("AGM"), with the assent of Plaintiff, American Home Assurance Company ("American"), and hereby moves this Court to reschedule the hearing on AGM's Motion for Partial Summary Judgment and American's Cross-Motion for Summary Judgment. The grounds for this Motion are as follows:

1. On Wednesday, June 29, 2005, this Court issued a Notice to Appear for Motion Hearing, scheduling oral argument on Defendant's Motion for Partial Summary Judgment for Friday July 7, 2005 at 11:00 a.m.

2. AGM's counsel has a scheduling conflict with a hearing before the Connecticut Superior Court on the same day, which such hearing has been scheduled for over one

month. Delaying or postponing the Connecticut hearing would be prejudicial to counsel's client in said action.

3. Defendant's counsel does not object to the rescheduling of the hearing.

4. The undersigned have known scheduling conflicts on July 19, 2005 and the week of August 11, 2005.

5. AGM respectfully requests that the Court reschedule the hearing to Friday, July 22, 2005 or the earliest available date thereafter.

WHEREFORE, for the foregoing reasons, the Plaintiff, with the assent of Defendant, moves this Court to issue an Order rescheduling the hearing on Defendant's Motion for Partial Summary Judgment to July 22, 2005 or the next available date thereafter.

Dated: July 5, 2005

| Respectfully submitted, | Assented-to: |
|---|---|
| **AGM MARINE CONTRACTORS, INC.** | **AMERICAN HOME ASSURANCE COMPANY** |
| By its attorneys, | By its attorneys, |
| __/s/ Jeremy Blackowicz__<br>Eric F. Eisenberg (BBO #544682)<br>Jeremy Blackowicz (BBO #650945)<br>Hinckley, Allen & Snyder LLP<br>28 State Street<br>Boston, MA 02109-1775<br>(617) 345-9000 | __/s/ Robert J. Murphy__<br>Robert J. Murphy (BBO #557659)<br>Holbrook & Murphy<br>150 Federal Street<br>12th Floor<br>Boston, MA 02110<br>(617) 428-1151 |