IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AMERICAN HOME ASSURANCE COMPANY, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>AGM MARINE CONTRACTORS, INC., )<br>)<br>Defendant. ) | CIVIL ACTION NO. 04-11382-EFH |

## AGM MARINE CONTRACTORS, INC.'S MOTION FOR LEAVE TO FILE A REPLY IN RESPONSE TO AMERICAN HOME ASSURANCE COMPANY'S OPPOSITION AND CROSS- MOTION FOR SUMMARY JUDGMENT

AGM Marine Contractors, Inc. ("AGM") hereby moves for leave to file a brief Reply in response to American Home Assurance Company's ("American") Opposition to AGM's Motion for Partial Summary Judgment and Cross-Motion for Summary Judgment. The proposed Reply is annexed hereto at Tab 1.

AS GROUNDS FOR THIS MOTION, AGM states as follows:

1. That, in order for this Court to address and fully and fairly resolve the issues raised by American in its Opposition, and in order to correct erroneous statements of both law and fact made by American in its Opposition, a brief response by AGM is required. Granting AGM leave to file the Reply will assist the Court in fully and thoroughly resolving the issues raised by AGM's Motion and American's Opposition thereto.

2. That the interests of judicial economy and of the parties will best be served if this Motion is allowed and AGM is permitted to file the Reply annexed hereto at Tab 1.

  **WHEREFORE**, AGM Marine Contractors, Inc. respectfully requests that this Court grant it leave to file the Reply annexed hereto at Tab 1.

           Respectfully submitted,

           **AGM MARINE CONTRACTORS, INC.**

           By its attorneys,

           /s/ Jeremy Blackowicz
           Eric Eisenberg, Esq. (BBO #544682)
           Jeremy Blackowicz, Esq. (BBO #650945)
           Hinckley, Allen & Snyder LLP
           28 State Street
           Boston, MA 02109-1775
           (617) 345-9000

DATED: July 6, 2005

## CERTIFICATE OF SERVICE

I hereby certify that on this 6th day of July, 2005, I have served a true copy of the above document, via first-class mail, postage pre-paid, and facsimile to the following counsel of record:

        Robert Murphy, Esq.
        Holbrook & Murphy
        150 Federal Street
        Boston, MA 02110

           /s/ Jeremy Blackowicz
           Jeremy Blackowicz

#534528