# EXHIBIT A

# GARY GREENE
## ENGINEERS

POST OFFICE BOX 99213
RALEIGH, NORTH CAROLINA 27624-9213 USA
919-855-8488    FAX 919-855-8489
E-MAIL: GKGREENE@GARYGREENE-ENGINEERS.COM

| | | | |
|---|---|---|---|
| *DESIGN* | *MANAGEMENT* | *PLANNING* | |
| CIVIL | TRANSPORTATION | MARITIME | STRUCTURAL |

June 29, 2004

Alan Simpson
Southeast Floating Docks, Inc
2205 Dobbs Road
St Augustine, Florida 32086

Subject: MacMillan Pier Floats
         Preliminary Evaluation Results

Dear Alan:

I have performed an evaluation of the float under wind and wave loadings that represented the wave conditions causing the failure of the floats on subject project. Attached are spreadsheet results that indicate a lateral wind and wave load of 476 and ~11,000 pounds, respectively. Please note that the wave loading is dependent on the lateral stiffness of the structure. No lateral load tests on the piles has ever been performed so an assumption of 1200 pound per inch per pile was utilized. If the stiffness is significantly less, the lateral wave loading could be increased significantly. Lateral pile testing results is needed to finalize the analysis.

The evaluation has concentrated on the brackets utilized to connect the finger pier to the main float and with the above loadings, the brackets were found to be within allowable stresses. However, please note that the bracket was not constructed per assumption used in the original analysis. The assumption for the bracket utilized a single 3x3 angle on all sides with a single row of bolts. The actual installation noted in the field welded a plate to the main float side of the bracket and provided a double row of bolt connections on same side. By adding this additional plate and bolts, the behavior of the connection provides greater fixity (no longer a hinge).

With the angle bracket no longer acting as a hinge in the vertical direction, the differential movement of the finger compared to the main dock creates a vertical bending stress in the bracket. No video has been made available to attempt to estimate the differential movement; therefore, an assumed angular rotation was utilized of a one foot vertical deflection at the end of the finger dock relative to the main dock. The static stresses from the rotational movement combined with axial stresses from lateral loads is greater than allowable. Considering the loading to be a fatigue nature, the potential for damage is possible. Damage of the brackets was noted in the field at several locations and the use of this modified bracket may be the cause of this damage. The use of this type of angle bracket fabrication (connecting to both rows of main float bolts) is not recommended at any location.

Another concern that I have with the installation is related to the concrete mix. Fibers are normally provided in the concrete mix to allow for increased tensile stresses in the concrete mix since no reinforcement is provided in the sides and bottom of the floats. I obtained two small pieces of



Received 02/04/2005
GiG00137

Alan Simpson
June 29, 2004
Page 2

concrete from the damaged floats and recently had a materials testing firm inspect for evidence of fibers. The testing simple developed a fresh break of the material which should reveal fibers on the surface of the break; however, no evidence of fibers was noted. While I did not evaluate the stresses in the concrete at the angle bracket location, the result would be greater for actual installation due to the use of installed bracket which eliminated a hinge condition in the vertical direction.

From a marina design perspective, this site should be protected from waves from any direction as was originally noted in the plans. A recommended maximum wave height for boat lengths of 32 to 52 feet in wave conditions with periods less than 3 seconds is ~1 foot for a beam wave in a harbor. This condition is exceeded at this site and the owner should consider the impact on beam waves creating a condition where masts from boats in adjacent slips could collide under the current exposed conditions.

Sincerely,

Gary Greene

Attachments

cc: Rosemary Hayes

Received 02/04/2005
GiG00138

GARY GREENE Engineers                        Concrete Floating Dock Analysis                              Page 1 of 3

| Project | MacMillian Pier (SF537.dwg) | | |
|---|---|---|---|
| Floating Dock Location | Finger Docks | | |
| Design Water Depth | 9.00 ft | | |
| Tidal Range | 10.60 ft | | |

**Concrete Float Data**
| | | | |
|---|---|---|---|
| Number of Floats in Line | 3.67 | | |
| Width, B | 5.00 ft | | |
| Height, D | 5.00 ft | | |
| Total Float Length, LOA | 10.00 ft | | |
| Waterline Length, LWL | 9.67 ft | | |
| Wall Thickness, tw | 2.00 in | | |
| Top Thickness, tt | 2.00 in | | |
| Bottom Thickness, tb | 9.25 in | | |

(Diagram of float cross-section with dimensions B, D, TT, TW, TB, HR)

**Intermediate Ribs**
| | | | | |
|---|---|---|---|---|
| Width | 2.00 in | Number of Wall Stiffeners, 2x4 | | 6 |
| Height, hr | 6.50 in | | | |
| Number per Float | 8.00 | Walers, Left   t (total), in | 6.50 | height, in 9.25 |
| | | Right   t (total), in | 6.50 | height, in 9.25 |

**End Ribs**
| | | | | |
|---|---|---|---|---|
| Width | 2.00 in | Fender, Left | 4.50 lb/ft | |
| Height | 4.50 in | Right | 4.50 lb/ft | |
| | | Mount CL from Top | 2.00 in | |
| Ave. Rib Height over Length | 1.02 in | | | |
| | | Through Rod Size | 0.75 in | |
| Float End Extension Height | 10.50 in | # Rods per Row | 10 | |
| | | # Rows per Float | 1 | |
| Concrete Weight | 118.00 pcf | Ave Rod Height (to bottom) | 55.5 in | |
| Foam Weight | 1.20 pcf | Rod Length | 6 ft | |
| Wood Unit Weight | 40.00 pcf | Rod Weight | 1.5 lb/ft | |
| Water Unit Weight | 64.00 pcf | | | |

**Float Freeboard & Tilt**
| | | | | |
|---|---|---|---|---|
| | | **Concentrated Load Analysis** | | |
| Total Unit Float Weight | 9,149.25 lbs | C.G. Height from bottom | 24.23 in | |
| | | C.B. Height from bottom | 18.39 in | |
| Immersion Rate | 257.87 lb/in | | | |
| Dead Load Draft | 35.48 in | Metacentric Radius | 8.30 in | |
| Freeboard | 24.52 in | Metacentric Height | 2.46 in | |
| Addn'l Superimposed Dead Load | 0 psf | | | |
| Freeboard w/ Addn'l Dead Load | 24.52 in | Concentrated Load | 500 pounds | |
| | | Number of Floats for Con. Load | 3 | |
| Uniform Live Load | 50 psf | Cons. Load Dist. From Edge | 1.5 ft | |
| Uniform Live Load Freeboard | 14.82 in | Angle Tilt w/ Load @ Edge | 5.01 degrees | |

**Float Evaluation for Gangway**
| | | | | |
|---|---|---|---|---|
| Gangway Weight Reaction | 0.00 lbs | Distance From Centerline | 0.5 ft | |
| Number of Floats | 2.00 | | | |
| Freeboard | 24.52 in | Angle Tilt | 0.000 degrees | |



Received 02/04/2005
GiG00139

### Boat Data

| | | | | | |
|---|---|---|---|---|---|
| Length, overall | 40.00 | ft | Beam | 14.00 | ft |
| Displacement | 8.73 | LT | Ave. Draft | 3.00 | ft |
| Number of Vessels / Dock | 1.00 | | Boat Height Profile Coefficient | 0.11 | |
| Lateral Wind Area | 0.00 | sf | Lateral Current Area | 0.00 | sf |
| Longitudinal Wind Area | 0.00 | sf | Longitudinal Current Area | 0.00 | sf |

### Wind and Current Loading

| | | | | | |
|---|---|---|---|---|---|
| Wind Speed, Boat & Dock | 73.08 | mph | | | |
| Ebb Current Speed | 0.40 | knots | Angle to Centerline of Dock | 85.00 | degrees |
| Flood Current Speed | 0.60 | knots | Angle to Centerline of Dock | 175.00 | degrees |
| Vessels Both Sides (Y=1, N=0) | 1 | | | | |

**Wind**

| | | | | | |
|---|---|---|---|---|---|
| Lat Area Based on Boat Length | 180.80 | sf | Design Boat Lateral Area, Aws | 180.80 | sf |
| Long. Area Based on Boat Width | 63.28 | sf | Design Boat Long. Area, Awe | 63.28 | sf |
| Lat Boat Wind Loading | 2,712 | pounds | Long Boat Wind Loading | 949 | pounds |
| Adjusted Lat Boat Loading | 4,068 | pounds | Adjusted Long Boat Loading | 1,898 | pounds |
| Remaining Dock Length | 0 | ft | | | |
| Lat Dock Wind Loading | 0 | pounds | Long. Dock Wind Loading | 153 | pounds |
| Lat Boat & Dock Wind Loading | 4,068 | pounds | Long Boat & Dock Wind Load | 2,052 | pounds |

*NO BOAT @ DOCK IN STORM*

**Current**

| | | | | | |
|---|---|---|---|---|---|
| Lat Area using Length & Draft | 108.00 | sf | Design Boat Lateral Area, Acs | 108.00 | sf |
| End Area using Width & Draft | 37.80 | sf | Design Boat End Area, Ace | 37.80 | sf |
| Ebb Lat Boat Current Loading | 49 | pounds | Flood Lat Boat Current Loading | 10 | pounds |
| Max Boat Current Lat Load | 49.04 | pounds | | | |
| Ebb Long Boat Current Load | 2 | pounds | Flood Long Boat Current Load | -39 | pounds |
| Max Boat Current Long Load | 1.50 | pounds | | | |
| Adjusted Boat Lat Loading | 56 | pounds | Adjusted Boat Long Loading | 0 | pounds |
| Ebb Lat Dock Current Loading | 0 | pounds | Flood Lat Dock Current Loading | 0 | pounds |
| Max Dock Current Lat Load | 0.00 | pounds | | | |
| Ebb Long Dock Current Load | 1 | pounds | Flood Long Dock Current Load | -15 | pounds |
| Max Dock Current Long Load | 0.59 | pounds | | | |
| Lat Boat & Dock Current Loading | 56 | pounds | Long Boat & Dock Current Load | 1 | pounds |

| | | | | | |
|---|---|---|---|---|---|
| Total Lat Boat & Dock | 4,124 | pounds | Total Long Boat & Dock | 2,052 | pounds |

| | | | | | |
|---|---|---|---|---|---|
| Wind Speed, Dock Only | 45.00 | mph | | | |
| Dock Lat Wind Loading | 426 | pounds | Dock Wind Long Loading | ~~58~~ | ~~pounds~~ |
| Ebb Lat Dock Current Loading | 49 | pounds | Flood Lat Dock Current Load | 10 | pounds |
| Max Dock Current Lat Load | 49.27 | pounds | | | |
| Ebb Long Dock Current Load | 1 | pounds | Flood Long Dock Current Load | -15 | pounds |
| Max Dock Current Long Load | 0.59 | pounds | | | |
| Total Lat Dock Only | 476 | pounds | Total Long Dock Only | 58 *N* | pounds |

| | | | | | |
|---|---|---|---|---|---|
| Design Lat Wind & Current Load | 4,124 | pounds | Des. Long Wind & Current Load | 2,052 | pounds |
| | 12.38 | lb/ft | | | |

### Wind Load from Specified Angle

Wind angle 0 < x < 90

| | | | | | |
|---|---|---|---|---|---|
| Wind Speed for Boat | 73.08 | mph | Wind Angle from Dock Centerline | 40 | degrees |
| Design Boat Lateral Area, Aws | 180.8 | sf | Design Boat Long. Area, Awe | 63.28 | sf |
| Lat Boat Wind Loading | 1,884 | pounds | Long Boat Wind Loading | 907 | pounds |
| Adjusted Lateral Wind Component | 2,826 | pounds | Adjusted Long Wind Component | 1,814 | pounds |

Received 02/04/2005
GiG00140

Lateral Wave Force using Eqn 4.3.22 "Advanced Dynamics of Marine Structures" JP Hooft
Force on Dock Only

|  | English |  | Metric |  |
|---|---|---|---|---|
| Float Length | 10.00 | ft | 3.05 | m |
| Number of Floats in Line | 3.67 |  | 3.67 |  |
| Float Beam | 5.00 | ft | 1.52 | m |
| Float Draft | 2.96 | ft | 0.90 | m |
| Wave Angle | 80.00 | deg | 1.40 | rad |
| Wave Height | 1.65 | ft | 0.50 | m |
| Wave Period | 2.50 | sec | 2.50 | sec |
| Wave Length | 57.00 | ft | 17.37 | m |
| Water Density | 64.00 | pcf | 1025.28 | kg/cm |
| Water Depth | 9.00 | ft | 2.74 | m |

|  | English | Metric |
|---|---|---|
| Added mass | 439.43 | 653.94 kg/m |
| k | 0.110 | 0.362 /m |
| Wave circular freq | 2.513 | 2.513 rad/s |

| | English | Metric |
|---|---|---|
| Y1a |  | 11,945.69 N |
| Y21a |  | 25,323.91 N |
| Total All Floats Force | 8.38 Kips | 37,269.60 N |
| Total Uniform Force | 0.23 Kips / Foot | 3331.92 N/m |

Adjust for Structure Not Rigidly Held (Critical Damping Factor =0)

|  | 80% | 90% | 100% | 110% | 120% |
|---|---|---|---|---|---|
| Later Pile/Anchor Stiffness K/ft | 11.52 | 12.96 | 14.40 | 15.84 | 17.28 |
| Number of Anchors | 2.50 |  |  |  |  |
| Total Spring Constant, K/ft | 28.80 | 32.40 | 36.00 | 39.60 | 43.20 |
| kN/m | 420.30 | 472.84 | 525.38 | 577.92 | 630.46 |
| Assisted Mass | 17,325 kg |  |  |  |  |
| Natural Period, rad/sec | 4.93 | 5.22 | 5.51 | 5.78 | 6.03 |
| Tn, sec | 1.28 | 1.20 | 1.14 | 1.09 | 1.04 |
| Temp. Mag Factor | 1.352 | 1.301 | 1.263 | 1.234 | 1.210 |
| Magnification Factor | 1.352 | 1.301 | 1.263 | 1.234 | 1.210 |
| Modified Force,  N | 50,388.97 | 48,492.31 | 47,074.78 | 45,975.19 | 45,097.36 |
| Kips | 11.33 | 10.90 | 10.58 | 10.34 | 10.14 |
| Kips / foot | 0.31 | 0.30 | 0.29 | 0.28 | 0.28 |

|  | English | Metric |
|---|---|---|
| X1a |  | 585.02 N |
| X21a |  | 633.84 N |
| Total Float Force, Long | 0.27 Kips | 1,218.85 N |

Received 02/04/2005
GiG00141

**GARY GREENE**
ENGINEERS
P.O. Box 99213
RALEIGH, NORTH CAROLINA 27624-9213

JOB: MacMillan Pier
SHEET NO. Review-1 OF
CALCULATED BY GRG   DATE
CHECKED BY   DATE
SCALE

Review Capacity of Dock w/ Storm

Wind = 45 mph    No snow    1 to finger

Wave → from others   $H_s = 1.65'$
$T = 2.5$ sec
$L = 57'$    $\angle 80°$ to finger $\mathcal{E}$

Water depth ~ 9'

→ Note: No lateral pile test performed w/c 12kN p/in stiffness @ top

From results   wind & current Lat load   476 lb
Wave   → 11000 lb
+ 476 say 11.5 $^k$

Split even between pile & main dock connection 5.75 $^k$ ea.

½ ~ 2.9 $^k$ ↓    $\alpha = 45°$
4
$\sqrt{4^2 \cdot \ldots} $   ∴ Axial/Tension
load ⇒ 4.1 $^k$

$l = 5.66' = 67.88"$
3×3×¼" $\sqsubset$ A = 1.44 in²
$f_t = 4.1 / 1.44 = 2.8$ ksi

Look @ bending vertical

Note 061 run of bolts used in $SAP2000$ of 1 as used in analysis ∴ some fixity

$\theta = 1.5°$

Received 02/04/2005
GiG00142

**GARY GREENE**
ENGINEERS
P.O. Box 99213
RALEIGH, NORTH CAROLINA 27624-9213

SHEET NO. R-2

$$\Delta @ 4' = .105'' = 1.26''$$

$$P = \frac{1.26'' (3EI)}{\ell^3}$$

$\ell = 48''$
$E = 29.66$
$I = 1.24$

$P = 1230 \text{ lb}$

$$m = \frac{1230 (48)}{1000} = 59 \text{ k-in} \div 4 = 14.76 \text{ k-in}$$

$$f_b = \frac{14.76}{.577} = 25.581$$

$$\frac{25.581}{36 \times .67} + \frac{2.8}{16} = 1.061 \quad w/ \text{ brave} \text{ wood}$$
$$\text{oc problem}$$

Received 02/04/2005
GiG00143