UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

---

AMERICAN HOME ASSURANCE
COMPANY,
               Plaintiff

v.

AGM MARINE CONTRACTORS, INC.,
               Defendant.

CIVIL ACTION NO.:
04-11382-EFH

---

## **SCHEDULING ORDER**

July 7, 2005

HARRINGTON, S.D.J.

    A hearing on motions for summary judgment in this case is re-scheduled for **Tuesday, July 19, 2005**, at 11:00 A.M. in Courtroom No. 13 on the Fifth Floor.

    SO ORDERED.

                                              /s/ Edward F. Harrington
                                              EDWARD F. HARRINGTON
                                              United States Senior District Judge