UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

---

AMERICAN HOME ASSURANCE
COMPANY,
          Plaintiff

v.

AGM MARINE CONTRACTORS, INC.,
          Defendant.

CIVIL ACTION NO.:
04-11382-EFH

---

## **SCHEDULING ORDER**

July 12, 2005

HARRINGTON, S.D.J.

    A hearing on motions for summary judgment in this case is re-scheduled for **Wednesday, July 20, 2005**, at 11:00 A.M. in Courtroom No. 13 on the Fifth Floor.

    SO ORDERED.

                                      /s/ Edward F. Harrington
                                      EDWARD F. HARRINGTON
                                      United States Senior District Judge