UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**AMERICAN HOME ASSURANCE COMPANY**
               Plaintiff

V.

**AGM MARINE CONTRACTORS, INC.**
               Defendant

CIVIL ACTION

NO. 04-11382-EFH

## JUDGMENT

**Edward F. Harrington U.S.S.D.J.**

In accordance with the Court's Memorandum and Order dated July 25, 2005 granting Plaintiff, AMERICAN HOME ASSURANCE COMPANY motion for summary judgment in the above-entitled action, it is hereby ORDERED:

THE COURT DECLARES THAT THE POLICY DID NOT AFFORD COVERAGE FOR THE DAMAGE TO THE FLOATING DOCKS BECAUSE THERE WAS NO "OCCURRENCE".

Judgment for the   Plaintiff,  AMERICAN HOME ASSURANCE COMPANY

By the Court,

7/27/2005
Date

/s/ Sandra E. Holahan
Deputy Clerk