IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AMERICAN HOME ASSURANCE COMPANY, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>AGM MARINE CONTRACTORS, INC., )<br>)<br>Defendant. )<br>) | CIVIL ACTION NO. 04-11382-EFH |

### NOTICE OF APPEAL

**NOW COMES**, defendant AGM Marine Contractors, Inc. ("AGM"), by and through counsel, and, pursuant to Rules 3 and 4 of the Federal Rules of Appellate Procedure, files its notice of appeal of the Memorandum and Order of the United States District court in the above-styled case dated July 25, 2005, which was entered upon the docket on July 25, 2005.

DATED: August ___, 2005

Respectfully submitted,

**AGM MARINE CONTRACTORS, INC.**

By its attorneys,

_____
Eric Eisenberg, Esq. (BBO #544682)
Jeremy Blackowicz, Esq. (BBO #650945)
Hinckley, Allen & Snyder LLP
28 State Street
Boston, MA 02109-1775
(617) 345-9000

## CERTIFICATE OF SERVICE

I hereby certify that on this 23 day of August, 2005, I have served a true copy of the above document, via first-class mail, postage pre-paid, to the following counsel of record:

>Robert Murphy, Esq.
>Holbrook & Murphy
>150 Federal Street
>Boston, MA 02110

_____
Eric F. Eisenberg

#541637                                           2