**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

USCA Docket Number:

USDC Docket Number : 04-cv-11382

American Home Assurance Company

v.

AGM Marine Contractors, Inc.,

### CLERK'S CERTIFICATE

I, Sarah A. Thornton, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed documents as indicated on the certified copy of the docket and contained in Volume(s) I are the original pleadings and constitute the record on appeal in the above entitled case for the Notice of Appeal filed on 8/23/05.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on August 25, 2005.

Sarah A Thornton, Clerk of Court

By: _____
Jeanette Ramos, Deputy Clerk

Receipt of the documents in the above entitled case is hereby acknowledged this date: 8/30/05

_____
Deputy Clerk, US Court of Appeals

---

Please complete the following information:

COURT OF APPEALS DOCKET NUMBER ASSIGNED: _____

APPEAL

# United States District Court
## District of Massachusetts (Boston)
## CIVIL DOCKET FOR CASE #: 1:04-cv-11382-EFH

| | |
|---|---|
| American Home Assurance Company v. AGM Marine Contractors, Inc. | Date Filed: 06/17/2004 |
| Assigned to: Judge Edward F. Harrington | Jury Demand: Defendant |
| Cause: 47:151 Federal Communications Act of 1934 | Nature of Suit: 890 Other Statutory Actions |
| | Jurisdiction: Federal Question |

### Plaintiff

**American Home Assurance Company**     represented by     **Robert J. Murphy**
Holbrook & Murphy
150 Federal Street
Boston, MA 02110
617-428-1151
Fax: 617-443-1696
Email: holbrook_murphy@msn.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

### Defendant

**AGM Marine Contractors, Inc.**     represented by     **Eric F. Eisenberg**
Hinckley, Allen and Snyder, LLP
28 State Street
Boston, MA 02109
617-345-9000
Fax: 617-345-9020
Email:

| | | |
|---|---|---|
| | | Sandra) (Entered: 05/18/2005) |
| 05/18/2005 | ○ | Judge Edward F. Harrington : Electronic ORDER entered granting 12 Motion for Extension of Time until 5/27/2005. MOTION ALLOWED. cc/cl (Holahan, Sandra) (Entered: 05/18/2005) |
| 06/03/2005 | 13 | Opposition re 7 MOTION for Summary Judgment filed by American Home Assurance Company. (Holahan, Sandra) (Entered: 06/06/2005) |
| 06/03/2005 | 14 | MEMORANDUM in Opposition re 7 MOTION for Summary Judgment filed by American Home Assurance Company. (Holahan, Sandra) (Entered: 06/06/2005) |
| 06/03/2005 | 15 | Cross MOTION for Summary Judgment by American Home Assurance Company.(Holahan, Sandra) (Entered: 06/06/2005) |
| 06/03/2005 | 16 | CONCISE STATEMENT of facts re 15 MOTION for Summary Judgment. (Holahan, Sandra) (Entered: 06/06/2005) |
| 06/03/2005 | 17 | MEMORANDUM in Support re 15 MOTION for Summary Judgment filed by American Home Assurance Company. (Holahan, Sandra) (Entered: 06/06/2005) |
| 06/03/2005 | 18 | EXHIBIT re 17 Memorandum in Support of Motion filed by American Home Assurance Company,, 14 Memorandum in Opposition to Motion filed by American Home Assurance Company, by American Home Assurance Company. (NOT SCANNED) (Holahan, Sandra) (Entered: 06/06/2005) |
| 06/29/2005 | 19 | Judge Edward F. Harrington : ORDER entered. ORDER Setting Hearing on Motion 15 MOTION for Summary Judgment, 7 MOTION for Summary Judgment: Motion Hearing set for 7/7/2005 11:00 AM in Courtroom 13 before Judge Edward F. Harrington. |

|  |  |  |
|---|---|---|
|  |  | SO ORDERED. cc/cl(Holahan, Sandra) (Entered: 06/29/2005) |
| 07/05/2005 | 20 | Assented to MOTION to Continue Reschedule Hearing on Defendant's Motion for Partial Summary Judgment to July 22, 2005 by AGM Marine Contractors, Inc..(Blackowicz, Jeremy) (Entered: 07/05/2005) |
| 07/06/2005 | 21 | MOTION for Leave to File *A Reply in Reponse to American Home Assurance Company's Opposition and Cross-Motion for Summary Judgment* by AGM Marine Contractors, Inc.. (Attachments: # 1 Exhibit Reply Brief# 2 Exhibit Exhibit A to Reply Brief - Greene Report)(Blackowicz, Jeremy) (Entered: 07/06/2005) |
| 07/07/2005 |  | Judge Edward F. Harrington : Electronic ORDER entered granting 20 Motion to Continue S/J hearing. MOTION ALLOWED. CASE CONTINUED TO 7/19/2005. cc/cl (Holahan, Sandra) (Entered: 07/07/2005) |
| 07/07/2005 | 22 | Judge Edward F. Harrington : ORDER entered. ORDER Setting Hearing on Motion 15 MOTION for Summary Judgment, 7 MOTION for Summary Judgment: Hearing scheduled for 7/19/2005 at 11:00 am in Courtroom 13 on the fifth floor. SO ORDERED. cc/cl(Holahan, Sandra) (Entered: 07/07/2005) |
| 07/12/2005 | 23 | Judge Edward F. Harrington : ORDER entered. REVISED ORDER Setting Hearing on Motion 15 MOTION for Summary Judgment, 7 MOTION for Summary Judgment: Motion Hearing RESET for 7/20/2005 11:00 AM in Courtroom 13 before Judge Edward F. Harrington. SO ORDERED. cc/cl(Holahan, Sandra) (Entered: 07/12/2005) |
| 07/12/2005 |  | Judge Edward F. Harrington : Electronic ORDER entered granting 21 Motion for Leave to File. |

| | | |
|---|---|---|
| | | MOTION ALLOWED. cc/cl (Holahan, Sandra) (Entered: 07/12/2005) |
| 07/20/2005 | | Electronic Clerk's Notes for proceedings held before Judge Edward F. Harrington : Motion Hearing held on 7/20/2005 re 7 MOTION for Summary Judgment filed by AGM Marine Contractors, Inc.,, 15 MOTION for Summary Judgment filed by American Home Assurance Company,. Counsel appear for all parties; Counsel for parties address court regarding motions for S/J; Arguements heard; Court takes motions under advisement; (Court Reporter R. Romanow.) (Holahan, Sandra) (Entered: 07/20/2005) |
| 07/25/2005 | 24 | Judge Edward F. Harrington : MEMORANDUM AND ORDER entered denying 7 Motion for Summary Judgment, granting 15 Motion for Summary Judgment. SO ORDERED. cc/cl (Holahan, Sandra) (Entered: 07/27/2005) |
| 07/27/2005 | 25 | Judge Edward F. Harrington : ORDER entered. JUDGMENT in favor of Plaintiff, American Home Assurance Company against Defendant, AGM Marine Contractors, Inc.(Holahan, Sandra) (Entered: 07/27/2005) |
| 08/23/2005 | 26 | NOTICE OF APPEAL as to 24 MEMORANDUM AND Order on Motion for Summary Judgment, by AGM Marine Contractors, Inc.. $ 255, receipt number 66466 NOTICE TO COUNSEL: A Transcript Report/Order Form, which can be downloaded from the First Circuit Court of Appeals web site at http://www.ca1.uscourts.gov/clerks/transcript.htm MUST be completed and submitted to the Court of Appeals. Appeal Record due by 9/12/2005. cc/cl.(Bell, Marie) (Entered: 08/25/2005) |