# United States Court of Appeals
## For the First Circuit

No. 05-2310

AMERICAN HOME ASSURANCE COMPANY,

Plaintiff, Appellee,

v.

AGM MARINE CONTRACTORS, INC.,

Defendant, Appellant.

### JUDGMENT

Entered: November 8, 2006

This cause came on to be heard on appeal from the United States District Court for the District of Massachusetts and was argued by counsel.

Upon consideration whereof, it is now here ordered, adjudged and decreed as follows: The decision of the district court is affirmed.



Certified and Issued as Mandate
under Fed. R. App. P. 41.

Richard Cushing Donovan, Clerk

_____
Deputy Clerk

Date: 12/4/06

By the Court:

RICHARD CUSHING DONOVAN
Richard Cushing Donovan, Clerk

[cc: Mr. Eisenberg, Mr. Schaub, Mr. Blackowicz, & Mr. Murphy.]